IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Joseph Ricci | : | No: 15-10538-MDC |
| Debtor | : | |

O R D E R

AND NOW, this **17th** day of **July**, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
Magdeline D. Coleman
Chief UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Joseph Ricci

PAYROLL CONTROLLER
The School District of Philadelphia
440 North Broad Street
Philadelphia, PA 19130