United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-10538-mdc
Joseph Ricci                                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jul 17, 2019
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
db             +Joseph Ricci,    100 Riverside Avenue,    Prospect Park, PA 19076-1832
               +The School District of Phila.,    Payroll Controller,    440 N. Broad St.,
                 Phila., PA 19130-4015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Joseph  Ricci dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      MARTIN A. MOONEY    on behalf of Creditor    FIFTH THIRD BANK ahight@schillerknapp.com,
      ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
      TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                         TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Joseph Ricci | : | No: 15-10538-MDC |
| Debtor | : | |

O R D E R

AND NOW, this 17th day of July, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
Magdeline D. Coleman
Chief UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Joseph Ricci

PAYROLL CONTROLLER
The School District of Philadelphia
440 North Broad Street
Philadelphia, PA 19130