United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10538-mdc
Joseph Ricci                                                              Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 3          Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW          Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db           +Joseph Ricci,    100 Riverside Avenue,    Prospect Park, PA 19076-1832
cr           +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr           +Wells Fargo Bank, N.A.,    POC Box 10438,    Des Moines, IA 50306-0438
13463026    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13463024     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13463025     +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13516259      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13514775     +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
              3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13463030     +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
13463031     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13463033     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14339672     +DITECH FINANCIAL LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
              701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13484760     +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
13463036     +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
13463037     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13473079     +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
13463038     +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
13463041     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13475963    ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
              (address filed with court: First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
              Omaha Ne 68197)
13463042     +Radio/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13463043     +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13463044     +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13489320     +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13463052     +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13463053     +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13463054     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13534617      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13463055     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
13914382      eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
13522801      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:08     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:09
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:59:18     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13529200     +E-mail/Text: bncmail@w-legal.com Sep 18 2019 03:49:38     CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13541891     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:48:43
              COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
              2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13463029     +E-mail/Text: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 04:00:48     Cap One,
              26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13463034     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:48:43     Comenity Capital/Hsn,
              995 W 122nd Ave,    Westminster, CO 80234-3417
13478712      E-mail/Text: mrdiscen@discover.com Sep 18 2019 03:48:25     Discover Bank,
              Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
13463035     +E-mail/Text: mrdiscen@discover.com Sep 18 2019 03:48:25     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13463039      E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:58:22     Green Tree Servicing L,
              332 Minnesota St Ste 610,    Saint Paul, MN 55101
13519116      E-mail/Text: bankruptcy.bnc@ditech.com Sep 18 2019 03:48:39     Green Tree Servicing LLC,
              PO BOX 6154,    Rapid City, SD 57709-6154
13472920      E-mail/Text: bk.notifications@jpmchase.com Sep 18 2019 03:48:47     JPMorgan Chase Bank N.A.,
              National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13463040     +E-mail/Text: bncnotices@becket-lee.com Sep 18 2019 03:48:29     Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13548811      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:59:31
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-2          User: Virginia          Page 2 of 3          Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13506293        E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:49
                Quantum3 Group LLC as agent for,  Comenity Capital Bank,  PO Box 788,
                Kirkland, WA  98083-0788
13473906        E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2019 03:59:31
                Recovery Management Systems Corporation,  25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14215700       +E-mail/Text: bncmail@w-legal.com Sep 18 2019 03:49:38        SYNCHRONY BANK,
                c/o Weinstein & Riley, P.S.,  2001 Western Ave, Ste 400,  Seattle, WA 98121-3132
13463045       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 04:00:34        Syncb/Amazon,  Po Box 965015,
                Orlando, FL 32896-5015
13463046       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:59:18        Syncb/Lowes,  Po Box 965005,
                Orlando, FL 32896-5005
13463047       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 04:00:34        Syncb/Paypal Smart Con,
                Po Box 965005,  Orlando, FL 32896-5005
13463048       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:58:22        Syncb/Qvc,  Po Box 965018,
                Orlando, FL 32896-5018
13463049       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:58:22        Syncb/Shop Hq,  Po Box 965005,
                Orlando, FL 32896-5005
13463050       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 04:00:34        Syncb/Sony Financial S,
                950 Forrer Blvd,  Kettering, OH 45420-1469
13463051       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 03:58:22        Syncb/Walmart Dc,  Po Box 965024,
                Orlando, FL 32896-5024
                                                                              TOTAL: 25
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL
cr*            +SYNCHRONY BANK,  c/o Weinstein & Riley, P.S.,  2001 Western Ave, Ste 400,
                Seattle, WA 98121-3132
13463027*     ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,  Po Box 982235,  El Paso, TX 79998)
13463028*     ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,  Po Box 982235,  El Paso, TX 79998)
13463032*     +Chase Card,  Po Box 15298,  Wilmington, DE 19850-5298
14215701*     +SYNCHRONY BANK,  c/o Weinstein & Riley, P.S.,  2001 Western Ave, Ste 400,
                Seattle, WA 98121-3132
14215702*     +SYNCHRONY BANK,  c/o Weinstein & Riley, P.S.,  2001 Western Ave, Ste 400,
                Seattle, WA 98121-3132
13522802*      eCAST Settlement Corporation, assignee,  of Citibank, N.A.,  POB 29262,
                New York, NY 10087-9262
                                                             TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:

```
          DAVID M. OFFEN    on behalf of Debtor Joseph  Ricci dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          LAUREN BERSCHLER KARL    on behalf of Creditor   DITECH FINANCIAL LLC lkarl@rascrane.com
          MARTIN A. MOONEY    on behalf of Creditor   FIFTH THIRD BANK kcollins@schillerknapp.com,
           acarmany@schillerknapp.com;bfisher@schillerknapp.com
          TRANG V TRUONG    on behalf of Creditor   Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
```

District/off: 0313-2          User: Virginia          Page 3 of 3          Date Rcvd: Sep 17, 2019
                             Form ID: 138NEW         Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Joseph Ricci

             Debtor(s)                                        Bankruptcy No: 15−10538−mdc

                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  900 Market Street
                     Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                              For The Court
                                        Timothy B. McGrath
                                        Clerk of Court

Dated: 9/17/19

                                                     67 − 66
                                             Form 138_new